

Kaplan, Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KALI KANONGATAA | STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(I)) |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:16-cv-08293-LAK |
| RODALE INC. | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Kali Kanongataa, and counsel for the Defendant, Rodale Inc. that (1) Plaintiff hereby withdraws this Action to the extent it asserts claims based on Defendant's embedding of or in-line linking to the Video itself or Defendant's use of any thumbnail-sized screenshot thereof; and (2) the parties have reached a settlement and that all remaining claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear its own costs, expenses, and attorneys' fees.

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
Dated: 3/13/17
*Attorneys for Plaintiff Kali Kanongataa*

James Rosenfeld
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: 212-603-6455
JamesRosenfeld@dwt.com
Dated: 3/9/17
*Attorneys for Rodale Inc.*

SO ORDERED:

Hon. Lewis A. Kaplan

3/22/17 JS